ROBERT M. KIRKPATRICK v. STATE OF NEW JERSEY.

November 7, 1984.

Petition for certification denied.

GERALDO MORALES v. COUNTY OF HUDSON.

November 7, 1984.

Petition for certification denied.

PAUL F. WEINBERG v. PENNSGROVE WATER COMPANY.

November 7, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. AIDA BONILLA.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. AIDA BONILLA.

November 7, 1984.

Cross-petition for certification denied.